# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.J.<br>    Plaintiff,<br><br>v.<br><br>COLUMBIA AT SYLVAN HILLS, L.P.,<br><br>and<br><br>COLUMBIA RESIDENTIAL, LLC;<br><br>and<br><br>HOUSING AUTHORITY OF THE CITY OF ATLANTA,<br><br>    Defendants. | Civil Action No. 1:19-CV-02232-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I served a copy of Plaintiffs' Notice of Deposition and Subpoena for Chenoa Taylor pursuant to Federal Rule of Civil Procedure 30(b) on counsel for Defendants Columbia at Sylvan Hills and Columbia Residential, Mario Breedlove, by email to mbreedlove@breedlovelawfirm.com and counsel for Defendant Housing Authority of the City of Atlanta, David Langford, by email to david.langford@atlantahousing.org

Executed on October 31, 2019

/s/ *Margaret L. Kinnear*
Margaret L. Kinnear
GA Bar No. 421799
mlkinnear@atlantalegalaid.org
Charles R. Bliss
GA Bar No. 063385
crbliss@atlantalegalaid.org
Anne E. Carder
GA Bar No. 094686
aecarder@atlantalegalaid.org
Miriam Gutman
GA Bar No. 170768
mgutman@atlantalegalaid.org
Wingo F. Smith
GA Bar No. 147896
wfsmith@atlantalegalaid.org

**ATLANTA LEGAL AID SOCIETY**
54 Ellis St., NE
Atlanta, GA 30312
Tel. (404) 614-3985
Fax (404) 614-3997

*Attorneys for Plaintiff*