# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.J.<br>    Plaintiff,<br><br>v.<br><br>COLUMBIA AT SYLVAN HILLS, L.P.<br><br>and<br><br>COLUMBIA RESIDENTIAL, LLC;<br><br>and<br><br>HOUSING AUTHORITY OF THE CITY OF ATLANTA,<br><br>    Defendants. | **Civil Action No. 1:19-cv-02232-MLB** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I served a copy of Plaintiff's Notice of Deposition pursuant to Federal Rule of Civil Procedure (30)(b)(6) on counsel for Defendants Columbia at Sylvan Hills, L.P. and Columbia Residential, LLC, Mario D. Breedlove by email to mbreedlove@breedlovelawfirm.com. I likewise served a copy on counsels for Defendant Housing authority of the City of Atlanta, David E. Langford and Bradley S. Wolff, by email to david.langford@atlantahousing.org and brad.wolff@swiftcurrie.com.

/s/ *Anne E. Carder*
Anne E. Carder
Georgia Bar No. 094686

aecarder@atlantalegalaid.org
**ATLANTA LEGAL AID SOCIETY, INC.**

*Counsel for Plaintiff*