IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.J.,

          Plaintiff,      Case No. 1:19-cv-02232

v.                             Michael L. Brown
                               United States District Judge
Columbia at Sylvan Hills, L.P., et al.,

          Defendants.

_____/

## **ORDER**

The Court **GRANTS** the parties' Joint Motion for Referral to Magistrate Judge for Mediation (Dkt. 62). The Court **REFERS** this case to a United States Magistrate Judge for mediation. The parties are required, within five (5) days after mediation, to notify the Court in writing whether mediation resulted in a settlement of this action. The Court **STAYS** this case pending mediation. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case during the period of the stay.

**SO ORDERED** this 28th day of January, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE